United States District Court
Southern District of Texas
**ENTERED**
June 05, 2019
David J. Bradley, Clerk

# HEARING MINUTES AND ORDER

**Cause Number**: 17cv782

**Style**: Moreno v. National Oilwell Varco, L.P. et al

**Appearances**:

| **Counsel**: | **Representing**: |
|---|---|
| Melissa Moore/Curt Hesse | Plaintiffs |
| David Gregory | Defendants |

**Date**: June 5, 2019     **ERO**: Yes
**Time**: 10:20 a.m.- 10:32 p.m.     **Interpreter**:

**At the hearing the Court made the following rulings**:

Status conference held. Court inquired of counsel about notice to plaintiffs and opt-ins regarding scope of releases.

Joint Motion for Approval of Confidential Mediated Settlement Agreement and Stipulation of Dismissal of Lawsuit with Prejudice [Doc. # 196] is GRANTED in accordance with the record in open Court. Written order to follow.

**SIGNED** at Houston, Texas this 5th day of June, 2019.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE