Case 4:17-cv-00782   Document 199   Filed on 06/05/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 05, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HECTOR MORENO, individually and on behalf of all others similarly situated, | § § § § | Docket No. 4:17-cv-00782 Consolidated With C.A. No. 4:17-cv-02325 |
| and | § § | |
| JOSE CALDERON, individually and on behalf of all others similarly situated | § § § | |
| *Plaintiffs,* | § § | **JURY TRIAL DEMANDED** |
| v. | § § | **COLLECTIVE ACTION** |
| NATIONAL OILWELL VARCO, L.P. *Defendant.* | § § § | |

### ORDER GRANTING JOINT MOTION FOR APPROVAL OF CONFIDENTIAL MEDIATED SETTLEMENT AGREEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE

The Court has considered the Joint Motion for Approval of Confidential Mediated Settlement Agreement and Stipulation of Dismissal With Prejudice jointly filed by all the Plaintiffs and Defendant in this consolidated lawsuits and finds the Joint Motion is well taken and should be and hereby is granted in all respects.

The Court approves the settlement which disposes of all of the Plaintiffs' and Opt-In Plaintiffs' claims for unpaid overtime wages, liquidated damages, attorneys' fees, and costs. The Court hereby Grants the Joint Motion and Orders that all claims of all Plaintiffs and Opt-In Plaintiffs in the above-consolidated lawsuits are dismissed with prejudice with each party to bear their own costs and attorneys' fees in conformance with the settlement and the foregoing Stipulation of Dismissal with Prejudice made by Plaintiffs and Defendant.

Signed on this 5th day of June, 2019

HONORABLE NANCY ATLAS